IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00178-PAB-MEH

SHINANNE SHISANA,

    Plaintiff,

v.

FRANK MUNIZ,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 23, 2011.**

    Plaintiff's Motion to Amend Complaint [filed May 19, 2011; docket #14] is **denied without prejudice** for Plaintiff's failure to comply with D.C. Colo. LCivR 7.1A.