IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00178-PAB-MEH

SHINANNE SHISANA,

    Plaintiff,

v.

FRANK MUNIZ,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 31, 2011.**

    Plaintiff's Unopposed Motion to Amend Complaint [filed May 27, 2011; docket #17] is **granted**. The motion is timely filed and unopposed. In light of the Court's obligation to freely give leave to amend under Rule 15(a)(2), the Court accepts the proposed amendments and directs the Clerk of Court to enter the First Amended Complaint located at docket #17-1.