IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-00178-PAB-MEH

SHINANNE SHISANA,

    Plaintiff,

v.

FRANK MUNIZ,
AMICA MUTUAL INSURANCE COMPANY, and
GEICO GENERAL INSURANCE COMPANY,

    Defendants.

## ORDER OF RECUSAL

    This matter is before me on review of the file. In its Corporate Disclosure Statement [Docket # 29], defendant GEICO General Insurance Company states that it is an indirect wholly-owned subsidiary of Berkshire Hathaway Inc., a company in which I own shares of stock. Pursuant to Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455, it would be inappropriate for me to preside over this case. Accordingly, I will recuse myself. It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

    DATED July 1, 2011.

                                                    BY THE COURT:

                                                    s/Philip A. Brimmer
                                                    PHILIP A. BRIMMER
                                                    United States District Judge