IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00178-MSK-MEH

SHINANNE SHISANA,

    Plaintiff,

v.

FRANK MUNIZ,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 13, 2011.**

    Defendant's Unopposed Motion to Amend Scheduling Order [filed October 11, 2011; docket #36] is **granted**. For good cause shown, the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Initial expert designation: | November 11, 2011 |
| Rebuttal expert designation: | November 28, 2011 |

All other deadlines remain the same. The Court will not grant further extensions of the pretrial deadlines absent a showing of exceptional cause.

    Also, in light of the Trial Preparation Order filed by Judge Krieger [docket #38], the Court hereby **vacates** the Final Pretrial Conference currently scheduled before this Court on March 29, 2012.